IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION    12-mc- 80070

| In the Matter of Richard Neil Ivker, #096282 | **ORDER REFERRING MATTER TO STANDING COMMITTEE ON PROFESSIONAL CONDUCT** |
|---|---|

_____/

On March 6, 2012, the Chief Judge issued an Order to Show Cause Re Suspension from Membership in Good Standing of the Bar of the Court in the above-captioned matter. In that Order, the Chief Judge observed that he had been notified that Richard Neil Ivker ("Ivker") had been suspended for one year from his membership in the State Bar of California, effective February 11, 2012. Thus, the Chief Judge ordered Ivker, on or before April 20, 2012, to file a written declaration showing "any cause why [his] membership in the bar of this Court should not be suspended until further order of this Court."

On April 20, 2012, Ivker filed a Response to the March 6, 2012 Order to Show Cause. In his Response, Ivker contends that his suspension by the State Bar of California was a consequence of his suspension, in 2004, by the State Bar of Massachusetts for misconduct that took place between 1993 and 1995. Further, he contends that he has already served suspensions in both Massachusetts, where his misconduct took place, and Colorado, where he now resides, for the aforementioned misconduct. Finally, he contends that it was "more than existential [sic] to have two institutions, the State Bar of Colorado and the State Bar of California, impose reciprocal discipline" on the basis of his

misconduct in Massachusetts, and requests that the Court preserve his membership in the bar of this Court.

The Civil Local Rules provide that an "attorney who wishes to contest reciprocal discipline must file with the Court a timely response to the order to show cause." Civ. L.R. 11-7(b)(3). "The Chief Judge may then act on the matter, assign it to another judge or refer it to the Standing Committee on Professional Conduct for recommendation." Id.

Upon review, the Chief Judge finds good cause to refer this matter to the Standing Committee on Professional Conduct for a recommendation pursuant to Civ. L.R. 11-7(b)(3).

Dated: May 3, 2012

JAMES WARE
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE: RICHARD NEIL IVKER et al,

    Plaintiff,

v.

IN RE: RICHARD NEIL IVKER et al,

    Defendant.
_____/

Case Number: CV12-80070 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 3, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Neil Ivker
254 Oak Lane
Glenwood Springs, CO 81601

Dated: May 3, 2012

                                                Richard W. Wieking, Clerk

                                                By: Susan Imbriani, Deputy Clerk