E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In the matter of

RICHARD NEIL IVKER,
State Bar Number 96282,

         Respondent.

Case Number: 12-80070 MISC

     By order dated May 3, 2012, former Chief Judge James Ware referred this matter to the Standing Committee on Professional Conduct. The case documents were not forwarded to the Standing Committee, and the Standing Committee was therefore not alerted to the pendency of this matter. On July 2, 2012, Civil Local Rule 11-1(b) was amended to require active status in good standing with the State Bar of California "[t]o be eligible for admission to *and continuing membership in* the bar or this Court." (Emphasis added.) On September 11, 2012, the matter was reassigned to the undersigned judge.

     Effective March 29, 2013, respondent was made ineligible by the State Bar by a separate and discrete order due to respondent's failure to pass the Multistate Professional Responsibility Exam within the time prescribed in the Supreme Court order filed January 12, 2012. Respondent continues to be ineligible to practice law in California. Due to this Court's intervening rule change requiring active status for continuing membership in the bar of this Court and the new imposition of ineligible status by the State Bar against respondent thereafter, the Court now deems the reference to the Standing Committee unnecessary and hereby withdraws the reference.

     The Clerk shall promptly remove respondent from the roll of attorneys eligible to practice in this Court and shall close the file in this matter.

IT IS SO ORDERED.

DATE: June 3, 2014

WILLIAM ALSUP
United States District Judge